ACCEPTED
15-24-00106-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/31/2025 1:18 PM
CHRISTOPHER A. PRINE
CLERK



Neil R. Burger
*Partner*

214.855.3076
nburger@ccsb.com

January 31, 2025

***VIA EFILING***
Christopher A. Prine, Clerk
Fifteenth Court of Appeals
P.O. Box 12852
Austin, TX 78711

Re:     Case No. 15-24-00106-CV; *In re Office of the Attorney General of the State of Texas*

Dear Mr. Prine:

This letter is being submitted on behalf of Real Party in Interest Team Brownsville, Inc. in the above-referenced matter, to notify you that, effective February 1, 2025, I will be practicing at the Law Offices of Thomas E. Shaw, P.C.

I will continue to represent Team Brownsville as counsel of record under my new affiliation with the Law Offices of Thomas E. Shaw, P.C. Erin D. Thorn and Kassandra Gonzalez of Texas Civil Rights Project will continue to represent Team Brownsville as co-counsel.

I have communicated with counsel for OAG and OAG is unopposed to my withdrawal and substitution.

Effective February 1, 2025, my contact information will be as follows:

Neil R. Burger
State Bar No. 24036289
nburger@lotesattys.com
LAW OFFICES OF THOMAS E. SHAW, P.C.
9304 Forest Lane, Suite N252
North Building,
Dallas, Texas 75243-6238
Telephone: 214-221-7429
Facsimile: 214-221-7447

Sincerely,

Neil R. Burger

c:      All Counsel of Record (via e-filing)

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Judy Garrison on behalf of Neil Burger
Bar No. 24036289
jgarrison@ccsb.com
Envelope ID: 96847996
Filing Code Description: Letter
Filing Description: Letter re. withdrawal and substitution of counsel
Status as of 1/31/2025 1:50 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Erin Thorn | 24093261 | erin@texascivilrightsproject.org | 1/31/2025 1:18:10 PM | SENT |
| Neil Burger | 24036289 | nburger@ccsb.com | 1/31/2025 1:18:10 PM | SENT |
| Sven Stricker | 24110418 | sstricker@bellnunnally.com | 1/31/2025 1:18:10 PM | SENT |
| Kassandra Gonzalez | 24116439 | kassandra@texascivilrightsproject.org | 1/31/2025 1:18:10 PM | SENT |
| Pauline Sisson | | pauline.sisson@oag.texas.gov | 1/31/2025 1:18:10 PM | SENT |
| Matthew T.Kennedy | | matt.kennedy@oag.texas.gov | 1/31/2025 1:18:10 PM | SENT |
| Judy Garrison | | jgarrison@ccsb.com | 1/31/2025 1:18:10 PM | SENT |
| Sarah Frisbee | | sfrisbee@ccsb.com | 1/31/2025 1:18:10 PM | SENT |
| Emily Samuels | | emily.samuels@oag.texas.gov | 1/31/2025 1:18:10 PM | SENT |
| Melinda Pate | | melinda.pate@oag.texas.gov | 1/31/2025 1:18:10 PM | SENT |
| Keri Ward | | keri.ward@traviscountytx.gov | 1/31/2025 1:18:10 PM | SENT |
| Abby Smith | | abby.smith@oag.texas.gov | 1/31/2025 1:18:10 PM | SENT |